UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LORENA JUAREZ RAMIREZ,** § § | |
| *Plaintiff*, § § | |
| v. § § | Civil Action No. 1:19-cv-00939-RP |
| **TOUCHPOINT SUPPORT SERVICES, LLC** § § § | |
| *Defendant*. § | |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, Defendant TouchPoint Support Services, LLC, by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a wholly-owned subsidiary of Compass Group USA, Inc., a Delaware corporation. Compass Group USA, Inc. is an indirect, wholly-owned subsidiary of Compass Group PLC, which is publicly traded on the London Stock Exchange.

Respectfully submitted,

*/s/ Stephen J. Roppolo*
**STEPHEN J. ROPPOLO**
Texas Bar No. 00797939
**LARIZA HEBERT**
Texas Bar No. 24098287
**FISHER & PHILLIPS LLP**
910 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 292-0150
Facsimile: (713) 292-0151
sroppolo@fisherphillips.com
lhebert@fisherphillips.com

**ATTORNEYS FOR DEFENDANT, TOUCHPOINT SUPPORT SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 1, 2019 the foregoing *Rule 7.1 Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system, and was served upon all counsel of record, addressed as follows:

>Christopher J. Willett
>Rebecca C. Eisenbrey
>Equal Justice Center
>510 Congress Ave., Ste. 206
>Austin, Texas 78704

>*/s/ Stephen J. Roppolo*
>**STEPHEN J. ROPPOLO**